**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALOME MANZANAREZ,<br><br>            Petitioner,<br><br>    vs.<br><br>CONNIE GIBSON, WARDEN,<br><br>            Respondent. | CASE NO. SA CV 14-00279 GW (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Report and Recommendation of United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: April 27, 2014

*[signature]*

GEORGE H. WU
UNITED STATES DISTRICT JUDGE