O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE SALOME MANZANAREZ,<br><br>　　　　　Petitioner,<br><br>　vs.<br><br>CONNIE GIBSON, WARDEN,<br><br>　　　　　Respondent. | CASE NO. SA CV 14-00279 GW (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JOSE SALOME MANZANAREZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: April 27, 2014

_George H. Wu_
GEORGE H. WU
UNITED STATES DISTRICT JUDGE